THEODORE PARKER, III, ESQ.
Nevada Bar No. 004716
YADIRA R. GIBSON, ESQ.
Nevada Bar No. 008637
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 868-8000
Facsimile:    (702) 868-8001
Email: tparker@pnalaw.net
Email: yrios@pnalaw.net

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH LAINE, an individual | Case No.: 2:16-cv-01075 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, DOES 1- 10 and ROE CORPORATION ENTITIES 1-10, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff DEBORAH LAINE ("Plaintiff"), by and through her counsel of record, Mary F. Chapman, Esq. of the Law Office of Mary F. Chapman, Ltd. and Defendant, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson & Associates, Chtd. pursuant to LR 6-1, 6-2 and 7-1, that the time for Defendant to file a response to Plaintiff's Complaint on file herein is hereby extended up to and including May 31, 2016 to allow adequate time to investigate the matter and file a response.

1

---

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
**(First Request)**

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as a waiver of any claim or defense by any party.

Dated this 16th, day of May, 2016.                Dated this 16th, day of May, 2016

| **LAW OFFICE OF MARY F. CHAPMAN, LTD.** | **PARKER NELSON & ASSOCIATES, CHTD.** |
|---|---|
| */s/Mary F. Chapman, Esq.* <br> Mary F. Chapman, Esq. <br> Nevada Bar No.: 6591 <br> 7465 W. Lake Mead Boulevard, Suite 100 <br> Las Vegas, Nevada 89128 <br> (702) 562-1246 <br> Fax No.: (702) 562-1247 <br> maryf.chapman@juno.com <br> *Attorney for Plaintiff* | */s/ Yadira R. Gibson, Esq.* <br> THEODORE PARKER, III, ESQ. <br> Nevada Bar No. 004716 <br> YADIRA R. GIBSON, ESQ. <br> Nevada Bar No. 008637 <br> 2460 Professional Court, Suite 200 <br> Las Vegas, Nevada 89128 <br> (702) 868-8000 <br> Fax No.: (702) 868-8001 <br> *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2016

2

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**
**(First Request)**