UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Deborah Laine,

    Plaintiff

v.

Southern Nevada Regional Housing Authority,

    Defendant

2:16-cv-01075-JAD-CWH

**Order Denying Motions**

[ECF Nos. 9, 11, 12]

    Defendant Southern Nevada Regional Housing Authority filed a motion to dismiss or for more definite statement on May 31, 2016.[1] Three weeks later, plaintiff filed an amended complaint.[2] Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[3] Plaintiff's amended complaint was timely filed as of right. Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading.[4]

    Because the filing of plaintiff's amended complaint has mooted the Housing Authority's motion to dismiss, IT IS HEREBY ORDERED that the Defendant's Partial Motion to Dismiss and Motion for a More Definite Statement **[ECF Nos. 9, 11, 12] is DENIED** as moot and without prejudice. **The hearing scheduled for July 19, 2016 at 1:30 p.m. is VACATED**.

    Dated this 22nd day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 11, 12. Another version of these documents was first filed at ECF No. 9, but that filing did not comply with LR IC 2-2.

[2] ECF No. 27.

[3] Fed. R. Civ. P. 15(a)(1)(B).

[4] *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (overruled on other grounds in *Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012)).