Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128
(702)562-1246 phone
(702)562-1247 fax
maryf.chapman@juno.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH LAINE, | Case No. 2:16-cv-01075 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY; DOES 1-10; and ROE CORPORATE ENTITIES 1-10, | ECF No. 50 |
| Defendants. | |

   Plaintiff, Deborah Laine (hereafter "Plaintiff" or "Laine") by and through her attorney, the Law Office of Mary F. Chapman, Ltd., and Defendant Southern Nevada Regional Housing Authority (hereafter "Defendant" or "SNRHA") by and through its attorney of record Parker, Nelson & Associates, Chtd. hereby Stipulate and request the Court enter an Order Dismissing the First; Fourth; and Sixth causes of action pursuant to the Plaintiff's Second Amended Complaint.  The only remaining claim will be the Fifth cause of action, Violation of the Equal Pay Act claim.

   This Stipulation to Dismiss is With Prejudice; and the Parties are to bear their own attorney's fees and costs.  This stipulation shall have no force or effect on any pending

/ / /

administrative charge or complaint.

Dated this 3rd day of February, 2017.

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd.

/S/ Mary F. Chapman, Esq.
Mary F. Chapman, Esq.
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Maryf.chapman@juno.com
Attorney for Plaintiff


/S/ Yadira R. Gibson, Esq.
Theodore Parker, III Esq.
Yadira R. Gibson, Esq.
Parker, Nelson & Associates, Chtd.
2460 Professional Court
Suite 200
Las Vegas, NV 89128
tparker@pnalaw.net
Yrios@pnalaw.net
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF NO. 50] and good cause appearing, it is HEREBY ORDERED that plaintiff's first, fourth, and six claims for relief are DISMISSED. The only claim remaining is the fifth cause of action alleging a violation of the Equal Pay Act.

_____  2/9/17
District Court Judge

-2-