THEODORE PARKER, III, ESQ.
Nevada Bar No. 004716
YADIRA R. GIBSON, ESQ.
Nevada Bar No. 008637
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 868-8000
Facsimile:   (702) 868-8001
Email: tparker@pnalaw.net
Email: yrios@pnalaw.net

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH LAINE, an individual | Case No.: 2:16-cv-01075 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DEFENDANT SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY TO AMEND ITS ANSWER** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, DOES 1- 10 and ROE CORPORATION ENTITIES 1-10, | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff DEBORAH LAINE ("Plaintiff"), by and through her counsel of record, Mary F. Chapman, Esq. of the Law Office of Mary F. Chapman, Ltd. and Defendant, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY ("Defendant"), by and through its counsel of record, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq. of the law firm Parker, Nelson & Associates, Chtd. that Defendant, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, shall be allowed to amend its answer on file herein.

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER FOR DEFENDANT SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY TO AMEND ITS ANSWER**
**(First Request)**

Dated this 14th, day of February, 2017.

**LAW OFFICE OF MARY F. CHAPMAN, LTD.**

*/s/Mary F. Chapman, Esq.*
Mary F. Chapman, Esq.
Nevada Bar No.: 6591
7465 W. Lake Mead Boulevard, Suite 100
Las Vegas, Nevada 89128
(702) 562-1246
Fax No.: (702) 562-1247
maryf.chapman@juno.com
*Attorney for Plaintiff*

Dated this 14th, day of February, 2017

**PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Yadira R. Gibson, Esq.*
THEODORE PARKER, III, ESQ.
Nevada Bar No. 004716
YADIRA R. GIBSON, ESQ.
Nevada Bar No. 008637
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
(702) 868-8000
Fax No.: (702) 868-8001
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this February 15, 2017

2

**STIPULATION AND ORDER FOR DEFENDANT SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY TO AMEND ITS ANSWER**
**(First Request)**