```
Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
Attorney for Deborah Laine
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH LAINE, | Case No. 2:16-cv-01075 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING AND CLOSING ACTION** |
| SOUTHERN NEVADA REGIONAL HOUSING, AUTHORITY; DOES 1-10; and ROE CORPORATE ENTITIES 1-10 | |
| Defendant. | ECF No. 54 |

Deborah Laine (hereafter "Plaintiff" or "Laine") by and through her counsel of record, the Law Office of Mary F. Chapman, Ltd., and Defendant Southern Nevada Regional Housing Authority (hereafter "Defendant" or "SNRHA"), by and through its attorney of record, Parker Nelson & Associates, CHTD., pursuant to their settlement agreement, hereby Stipulate and request the Court to issue an Order Dismissing the remainder of the above entitled action, specifically the claim under the Equal Pay Act.

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation to Dismiss is with Prejudice; and the Parties are to bear their own attorney's fees and costs.

February 24, 2017

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd.

By: /S/ Mary F. Chapman, Esq.
Mary F. Chapman, Esq
Law Office of Mary F. Chapman
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, NV 89128
Ph: (702)202-4223
Fax: (702)202-2003
Attorney for Deborah Laine

/S/ Yadira R. Gibson, Esq.
Theodore Parker, III, Esq.
Yadira R. Gibson, Esq.
Parker Nelson & Associates, CHTD.
2460 Professional Court, Suite 200
Las Vegas, NV 89128

### ORDER

Based on the parties' stipulated dismissal of this action [ECF No. 54] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
Jennifer Dorsey, U.S. District Judge
March 21, 2017

- 2 -